

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 22, 2021

Memo Endorsed: The conference currently scheduled for February 25, 2021 is adjourned to April 15, 2021 at 9:30 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: February 22, 2021

VIA ECF
Hon. Paul G. Gardephe
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   *Abdelrazik, et al. v. Wilkinson, et al.*, No. 21 Civ. 285 (PGG)[1]

Dear Judge Gardephe:

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petition for Alien Relative (Form I-130) and Application to Register Permanent Residence or Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an on-consent adjournment of the initial conference presently scheduled for February 25, 2021, to a date at least one week after the government's response to the complaint is due, which is March 29, 2021 (*i.e.*, on or after April 5, 2021).

The extension is respectfully requested because the government is still investigating the underlying facts and circumstances of the case and presently has until March 29, 2021, under the Federal Rules of Civil Procedure to respond to the complaint. I have been informed by USCIS that the required file is still in transit to the USCIS office responsible for the adjudications. This is the government's first request to adjourn the initial conference. Plaintiffs' counsel consents to this request.

I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   *s/ Michael J. Byars*
        MICHAEL J. BYARS
        Assistant United States Attorney
        Telephone:  (212) 637-2793
        Facsimile:  (212) 637-2786
        E-mail:  michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)

---

[1] Monty Wilkinson, Alejandro Mayorkas, and Tracy Renaud are automatically substituted for William Barr, Kevin McAleenan, and Ken Cuccinelli. *See* Fed. R. Civ. P. 25(d).