

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 25, 2021

<u>VIA ECF</u>
Hon. Paul G. Gardephe
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Memo Endorsed: This application is granted.  The conference currently scheduled for April 15, 2021 is adjourned to July 15, 2021 at 9:00 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: March 26, 2021

     **Re:**    *Abdelrazik, et al. v. Wilkinson, et al.*, **No. 21 Civ. 285 (PGG)**[1]

Dear Judge Gardephe:

       This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petition for Alien Relative (Form I-130) and Application to Register Permanent Residence or Adjust Status (Form I-485).  On behalf of the government, I write respectfully to request an on-consent, ninety-one-day extension of the government's time to respond to the complaint (*i.e.*, from March 29 to June 28, 2021).  I also respectfully request an on-consent adjournment of the initial conference presently scheduled for April 15, 2021, to a date at least one week after the requested extended date for the government's response to the complaint (*i.e.*, to July 6, 2021, or thereafter).

       The extension and adjournment are respectfully requested because the government has scheduled an interview regarding the plaintiffs' I-130 and I-485 on April 13, 2021.  The requested extension will allow the April 13 interview to proceed and USCIS to determine what steps may be necessary with respect to the plaintiffs' petition and application, or proceed to take adjudicative action, which could potentially render this case moot.  This is the government's first request to extend its time to respond to the complaint and second request to adjourn the initial conference.  Plaintiffs' counsel consents to these requests.

       I thank the Court for its consideration of this letter.

                 Respectfully submitted,

                 AUDREY STRAUSS
                 United States Attorney

         By:    *s/ Michael J. Byars*
                 MICHAEL J. BYARS
                 Assistant United States Attorney
                 Telephone:  (212) 637-2793
                 Facsimile:  (212) 637-2786
                 E-mail:  michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)

---

[1] Monty Wilkinson, Alejandro Mayorkas, and Tracy Renaud are automatically substituted for William Barr, Kevin McAleenan, and Ken Cuccinelli.  *See* Fed. R. Civ. P. 25(d).